UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL E. MILLER, et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PHARMACIA CORPORATION, )<br>)<br>Defendants. ) | Case No.  4:04CV981 RWS |

## ORDER

Pursuant to today's hearing on the record,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to compel [#66] is **GRANTED** in part. Defendant's objections to Plaintiffs' "Areas of Inquiry" Nos. 25 and 27 are overruled.

**IT IS FURTHER ORDERED** that a status conference will be held on **November 22, 2005, at 2:00 p.m.** in Courtroom 10 South.

Dated this 3rd day of November, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE