UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL E. MILLER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:04CV981 RWS |
| ) | |
| PHARMACIA CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

I have reviewed the documents submitted by Pharmacia as Exhibit A to docket number 116, and I have determined that they are not relevant to this action and need not be produced to Plaintiffs. I will hold a hearing on July 18, 2006, to resolve any remaining issues related to attorney-client privilege.

Accordingly,

**IT IS HEREBY ORDERED** that a hearing will be held on **July 18, 2006, at 2:00 p.m.** in Courtroom 10 South.

Dated this 10th Day of July, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE